# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3096
_____

Ali K. Menze

*Plaintiff - Appellant*

v.

Astera Health, formerly known as Tri-County Health Care

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: March 26, 2025
Filed: March 31, 2025
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Ali Menze appeals following the district court's[1] dismissal of her civil rights action against her former employer. After careful consideration of

_____

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota.

the record and the parties' arguments on appeal, we conclude the district court properly dismissed Menze's claims.  See Mick v. Raines, 883 F.3d 1075, 1078 (8th Cir. 2018) (grant of motion to dismiss is reviewed de novo).  Accordingly, we affirm. See 8th Cir. R. 47B.

_____